UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In Re:                              )    17-36021
    PATRICIA L. BAKER,             )    Chapter 13
                                    )
                 Debtor.        )    Hon. DOYLE

## NOTICE AND CERTIFICATE OF SERVICE OF OFFICIAL FORM 309I
## NOTICE OF CHAPTER 13 BANKRUPTCY CASE

*To the following persons or entities who were served via regular U.S. Mail:*
City of Houston Fire Dept. EMS, Digitech Computer, Inc., 480 Bedford Rd., Bldg. 600, 2nd Floor, Chappaqua, NY  10514
Cook County State's Attorney's Bad Check Restitution Program, P.O. Box 3203, Springfield, IL 62708-3203

Please take notice of the attached **Official Form 309I Notice of Chapter 13 Bankruptcy Case**.

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 p.m. on January 10, 2018.

                                                        /s/ Christine H. Clar
                                                        Christine H. Clar, ARDC #6202332
                                                        Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, Il  60090
847/ 520-8100